DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

IN RE: )
CRIMINAL COMPLAINTS ) 24-mj-00087-LDA
) 24-mj-00088-LDA
) 24-mj-00089-LDA
)

**MOTION TO UNSEAL**

The United States of America, by and through its attorneys, Zachary A. Cunha, United States Attorney, and John P. McAdams, Assistant United States Attorney, moves to unseal the Applications for Criminal Complaint and Supporting Affidavit, As grounds, the defendants are in custody and there is no further need to for sealing.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY A. CUNHA
UNITED STATES ATTORNEY

JOHN P. McADAMS
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza
Providence, RI 02903
john.p.mcadams@usdoj.gov

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: 10/29/2024